**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on October 30, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 26-mj-65** |
| | : | |
| **GARY PRICE** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2250(a)** |
| Defendant. | : | **(Failure to Register as a Sex Offender)** |
| | : | |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about and between the dates of November 1, 2025, and March 20, 2026, within the District of Columbia and elsewhere, the defendant, **GARY PRICE,** a person required to register under the Sex Offender Registration and Notification Act by reason of conviction under the law of the District of Columbia and having traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, to wit: **GARY PRICE** failed to report a change in his residence as required.

**(Failure to Register as a Sex Offender,** in violation of 18 U.S.C. § 2250(a))

A TRUE BILL

FOREPERSON

Jeanine Ferris Pirro

By: *Janani J. Iyengar*

Janani Iyengar
Attorney of the United States
and for the District of Columbia